75 P.3d 1075

Jason Mendy FELD

v.

Hon. Stephen A GERST/State

No. CV–03–0186–PR.

Supreme Court of Arizona.

Sept. 9, 2003.

ORDERED: Petition for Review of a Special Action Decision of the Court of Appeals ≈ DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.